UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMANDA G. PIERCE,

    Plaintiff,

v.

    Case No. 1:21-cv-783

    HON. JANE M. BECKERING

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration.  42 U.S.C. § 405(g).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 24, 2022 (ECF No. 18), recommending that this Court reverse and remand the Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g).  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 18) is APPROVED and ADOPTED as the Opinion of the Court, and the decision of the Commissioner of Social Security is REVERSED and REMANDED.  On remand, the Commissioner should (1) re-evaluate Plaintiff's need to use a hand-held assistive device, (2) re-evaluate whether Plaintiff can perform sedentary work, and (3) re-evaluate whether Plaintiff requires a sit/stand option.

A Judgment will be entered consistent with this Order.

Dated: June 8, 2022                                                 /s/ Jane M. Beckering
                                                                                  JANE M. BECKERING
                                                                                  United States District Judge