UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMANDA G. PIERCE,

     Plaintiff,

                                            Case No. 1:21-cv-783

v.

                                            HON. JANE M. BECKERING

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

## <u>ORDER APPROVING REPORT AND RECOMMENDATION</u>

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  The parties filed a Stipulation and proposed order for attorney fees under the Equal Access to Justice Act (ECF No. 21).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 24) on March 28, 2024, recommending that this Court approve the stipulation and enter the proposed order.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 24) is APPROVED and ADOPTED as the opinion of the Court.  The Court will grant the Stipulation for attorney fees under the Equal Access to Justice Act (ECF No. 21) for the reasons stated in the Report and Recommendation.

Dated: April 12, 2024                                  /s/ Jane M. Beckering
                                               JANE M. BECKERING
                                               United States District Judge